**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7604**

---

In Re: PAUL L. ROBINSON,

Petitioner.

---

On Petition for Writ of Error Coram Nobis.
(CR-85-223-A)

---

Submitted:  December 17, 1998      Decided:  January 12, 1999

---

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Paul L. Robinson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul Robinson, a federal inmate, brought this petition for a writ of error coram nobis in which he alleges that the United States District Court for the Eastern District of Virginia lacked jurisdiction to adjudicate the crimes for which he stands convicted. Federal courts may grant a writ of error coram nobis to vacate a conviction where a fundamental error occurred and no other remedy is available. United States v. Mandel, 862 F.2d 1067, 1075 (4th Cir. 1988). Robinson has failed to establish a fundamental error in connection with his conviction. Accordingly, we grant him leave to proceed in forma pauperis but deny his petition for a writ of error coram nobis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2